NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CISCO SYSTEMS, INC.,
*Appellant,*

v.

DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,
*Appellee,*

v.

TELES AG INFORMATIONSTECHNOLOGIEN,
*Cross Appellant.*

---

2012-1513, -1514
(Reexamination No. 95/001,001)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**ORDER**

The United States Patent and Trademark Office moves to withdraw Lynne E. Pettigrew and Sydney O. Johnson, Jr. as counsel from the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Anthony Downs, Esq.
     Raymond T. Chen, Esq.
     James W. Dabney, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK